# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JENNY GREENE,**<br><br>**Defendant.** | PO-16-05028-BLG-TJC<br>Violation No. FBDG004J<br>Violation No. FBDG004I<br>Location Code: M6H<br><br>**ORDER TO AUTHORIZE PAYMENT PLAN AND QUASH BENCH WARRANTS** |

Upon the unopposed motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $360.00 for Violation Notice FBDG004J and FBDG004I in six installments consisting of $50.00 on the first day of each month from January 2018 through June 2018 and one installment of $60.00 on the first day of July 2018. The payments shall be credited as follows:

| Payment | Violation Notice FBDG004J | Violation Notice FBDG004I |
|---|---|---|
| January 2018 | $25.00 | $25.00 |
| February 2018 | $25.00 | $25.00 |
| March 2018 | $25.00 | $25.00 |

| | | |
|---|---|---|
| April 2018 | $25.00 | $25.00 |
| May 2018 | $25.00 | $25.00 |
| June 2018 | $25.00 | $25.00 |
| July 2018 | $30.00 | $30.00 |
| **Total per violation** | **$180.00** | **$180.00** |

IT IS FURTHER ORDERED that the bench warrants issued for Jenny L. Greene on November 17, 2016 regarding Violation Nos. FBDG004I and FBDG004J shall be QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 20th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge